# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>STU SHERMAN,<br><br>　　　　　Respondent. | No. 1:15-cv-01288-AWI-JLT (HC)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(Doc. No. 45)** |

　　　　Petitioner is a state prisoner proceeding with an appeal to the Ninth Circuit Court of Appeals of the denial by the United States District Court of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On November 8, 2017, this Court denied the petition for writ of habeas corpus. On December 1, 2017, Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals. On the same date, the District Court sent Petitioner a bill for the $255.00 appeal filing fee.

　　　　On February 26, 2018, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of the documents reveals that Petitioner is unable to afford the costs of the appeal. See Rule 24(a)(1), Federal Rules of Appellate Procedure, and 28 U.S.C. § 1915.

///

1

Accordingly, Petitioner's application to proceed in forma pauperis on appeal is GRANTED.

IT IS SO ORDERED.

Dated: August 14, 2018

_____
SENIOR DISTRICT JUDGE