IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>STU SHERMAN, Warden,<br><br>　　　　Respondent. | Case №: 1:15-CV-01288-1-AWI-JLT<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. Const., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Marc Days is appointed to represent the above-named Petitioner in this case effective *nunc pro tunc* to September 2, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   September 3, 2020                              _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE