# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>       Petitioner,<br><br>  v.<br><br>STU SHERMAN, Warden,<br><br>       Respondent. | Case No.: 1:15-cv-01288-AWI-JLT (HC)<br><br>ORDER REQUIRING PARTIES TO FILE JOINT REPORT<br><br>[SIXTY-DAY DEADLINE] |

    The Ninth Circuit Court of Appeals reversed and remanded this matter.  (See Doc. 53.) Accordingly, the Court **ORDERS** the parties to file a joint report within **SIXTY DAYS** of the date of service of this order detailing whether they seek an evidentiary hearing or whether they seek "other further factual development." (Doc. 53 at 7) If they seek an evidentiary hearing, recognizing that the hearing will likely proceed via videoconference[1], they SHALL propose dates for that hearing along with time estimates.  If they seek "other further factual development," they SHALL describe the nature of the factual development and a proposed schedule for it.

IT IS SO ORDERED.

    Dated:  **September 7, 2020**               **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The petitioner SHALL indicate whether he agrees to proceed via video conference. If he does not, it is likely he will not be able to have an in-person hearing until sometime in 2021.