UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　Respondent. | Case No.: 1:15-cv-01288-AWI-JLT (HC)<br><br>ORDER REQUIRING PARTIES TO FILE JOINT REPORT<br><br>[120-DAY DEADLINE] |

　　　The Ninth Circuit Court of Appeals reversed and remanded this matter.  (See Doc. 53.) Pursuant to this Court's order, the parties filed a joint report on March 10, 2021.  (Doc. 60.)  As requested by the parties, the Court shall require the parties to file another joint report in 120 days from the date of service of this order.  The report shall indicate the status of further factual development and whether Petitioner has been able to obtain all necessary information, or whether Petitioner will seek leave to conduct formal discovery, and/or require an evidentiary hearing.

IT IS SO ORDERED.

　　Dated: __**March 15, 2021**__　　　　　　　　　___/s/ Jennifer L. Thurston___
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE