# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ, | Case No.: 1:15-cv-01288-AWI-JLT (HC) |
| Petitioner, | ORDER REQUIRING PARTIES TO FILE A FURTHER JOINT REPORT |
| v. | |
| STU SHERMAN, Warden, | [120-DAY DEADLINE] |
| Respondent. | |

In their most receive joint report, the parties provide little information about the progress made in determining whether formal discovery is needed or whether an evidentiary hearing should be scheduled. (Doc. 62) However, they seem optimistic that within 120 days they will be better positioned to determined how the case will move forward. Id. at 2. Thus, the Court **ORDERS**:

1. The Court sets a status conference on November 29, 2021 at 9:00 a.m. Counsel SHALL file a joint report no later than November 15, 2021, which details the status of further factual development and whether Petitioner has been able to obtain all necessary information, or whether Petitioner will seek leave to conduct formal discovery and whether an evidentiary hearing is required.

IT IS SO ORDERED.

Dated: **July 14, 2021**  _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE