Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
RICARDO VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>    Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>    Respondent. | No. 1:15-cv-01288-AWI-JLT<br><br>JOINT REPORT |

JOINT REPORT

    Undersigned counsel for Petitioner Ricardo Velasquez was appointed on September 3, 2020, to represent Petitioner following remand from the Ninth Circuit. There are seven volumes of trial transcripts and other items to review, counsel has been diligently reviewing the voluminous record. Petitioner is currently in custody at the California Department of Corrections and Rehabilitation (CDCR) Correctional Training Facility (CTF) in Soledad, California, which in addition to the current pandemic, adds additional challenges in terms of effective communication.

    On March 10, 2021, the parties filed a joint report notifying the Court that Petitioner is utilizing the services of an investigator who was diagnosed with COVID-19 on approximately

November 15, 2020, and recovered by the end of December 2020, although he still was feeling lingering effects from COVID-19.

The parties informed the Court that Petitioner was seeking further factual development that nature of which included interviews, informal discovery, and requesting leave of the Court for subpoenas and to conduct discovery related to fingerprint cards, fingerprint analysis, and deposing trial counsel.

The parties notified the Court that Petitioner made a California Public Records Act Request (California Government Code §§6250-6270) to the Tulare Police Department for copies of 18 fingerprint cards, and related chain of custody records. The Tulare Police Department has responded that the records are only releasable to petitioner under subpoena.

On March 15, 2021, the Court issued an order requiring the parties to file another joint report in 120 days indicating the status of further factual development and whether Petitioner will seek leave to conduct formal discovery, and/or require an evidentiary hearing.

On July 13, 2021, the parties filed a joint report notifying the Court that petitioner intended to conduct further investigation and seek leave for discovery related to fingerprint cards and that respondent would be seeking discovery of trial counsel's file.

On July 14, 2021, the Court issued an order requiring the parties to file a further joint report no later than November 15, 2021, detailing the status of further factual development, whether Petitioner has been able to obtain all necessary information, or whether Petitioner will seek leave to conduct formal discovery and whether an evidentiary hearing is required.

On July 23, 2021, Petitioner's investigator interviewed Alejandro Serrano. Mr. Serrano is a witness to Adan Fernandez admitting he was involved with a robbery at a Tulare bar and shot at an officer chasing him. [Dkt 2-2 at pg. 50 of 141]. Mr. Serrano confirmed hearing Adan Fernandez talk about getting into a shootout with the police in Tulare and that he believes the facts in his previously submitted declaration are correct.

Counsel for petitioner believes Angel Astorga is currently in federal custody on an indictment out of the United States District Court for the District of Puerto Rico. Petitioner seeks additional time to interview Mr. Astorga, a witness to Adan Fernandez's admission that he

shot at a police officer who was chasing him, according to Mr. Astorga's sworn declaration. [Dkt 2-2 at pg. 47 of 141].

Petitioner's investigator has been unsuccessful in locating Juan Barrajas. Petitioner seeks additional time to interview Mr. Barrajas, a witness to Adan Fernandez's admission that he was involved in a robbery at a bar in Tulare and shot at an officer that was chasing him, according to Mr. Barajas' declaration. [Dkt 2-2 at pg. 53 of 141].

On October 28, 2021, respondent filed a request for disclosure of trial counsel's filed subject to a protective order. [Dkt 63]. On November 8, 2021, pursuant to order of the Court, petitioner filed a response to respondent's request for disclosure of trial counsel's file. [Dkts 65 and 66]. This is the only discovery respondent anticipates pursuing.

The parties have discussed the issue of fingerprints and reports of analysis and Respondent is unaware of any such reports of analysis of the fingerprint cards. Petitioner has filed a notice of motion and motion for leave to conduct discovery, requesting the Court issue a subpoena duces tecum directing the Tulare Police Department to produce 18 fingerprint cards and chain of custody records. Petitioner has requested a hearing date on January 31, 2022.

Petitioner requests the Court schedule this matter in 120 days for either a status conference or further joint report to report to the Court on the status of further factual development and whether Petitioner has been able to obtain all necessary information, or whether Petitioner will seek leave to conduct formal discovery, and/or require an evidentiary hearing. Respondent has no objection to this request.

Dated: November 15, 2021                                         Respectfully submitted,

Marc Days
Days Law Firm

/s/ Marc Days
MARC DAYS
Attorney for Petitioner
Ricardo Velasquez

///

Velasquez v. Sherman, case # 1:15-cv-01288
Joint Report                                        -3-

Dated: November 15, 2021

ROB BONTA
Attorney General of California

*/s/ Christopher J. Rench*
CHRISTOPHER J. RENCH
Deputy Attorney General