

DAYS LAW FIRM
Fresno, CA 93721
Tel: (559) 708-4844
Fax: (559) 486-1826
www.dayslawfirm.com

# MEMORANDUM

Date: December 7, 2021

From: Marc Days

SUBJECT: *Ricardo Velasquez v. Stu Sherman*
Case No. 1:15-cv-001288-AWI-JLT (HC)

To: THE HONORABLE JENNIFER L. THURSTON
Chief United States Magistrate Judge

On November 29, 2021, the court issued an order granting petitioner's motion for discovery to serve a subpoena duces tecum on the Tulare Police Department. [Dkt 74]. Petitioner makes an ex parte application for an order authorizing service of the subpoena in Tulare County, California, by the United States Marshal.

The petitioner previously showed an inability to pay witness fees when counsel was appointed pursuant to the Criminal Justice Act. Please authorize service of the subpoena duces tecum as requested by signing this memorandum and returning it to our office.

_____

Authorization for service of the subpoena duces tecum by the United States Marshal.


IT IS SO ORDERED.

Dated: __**December 8, 2021**__ _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE