# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | No. 1:15-cv-01288-AWI-BAK (SAB) (HC)<br><br>ORDER DIRECTING PARTIES TO FILE JOINT REPORT |

Petitioner, represented by counsel, is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Ninth Circuit Court of Appeals reversed the district court's denial of habeas relief and remanded this matter for an evidentiary hearing. (ECF No. 53). Pursuant to this Court's order, the parties filed a joint report on March 15, 2022. (ECF No. 79). As requested by the parties, id. at 4, the Court shall require the parties to file a further joint report by September 15, 2022.

IT IS SO ORDERED.

Dated: **June 29, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE