

**DAYS LAW FIRM**
Fresno, CA 93721
Tel: (559) 708-4844
Fax: (559) 486-1826
www.dayslawfirm.com

# MEMORANDUM

Date: August 29, 2022

From: Marc Days

SUBJECT: *Ricardo Velasquez v. Stu Sherman*
Case No. 1:15-cv-001288-AWI-BAK (SAB) (HC)

To: THE HONORABLE STANLEY A. BOONE
United States Magistrate Judge

---

On August 22, 2022, the court issued an order granting petitioner's motion for discovery authorizing a subpoena to trial counsel, Antonio A. Reyes, to testify at a deposition and a subpoena duces tecum to the Tulare Police Department. [Dkt 83]. Petitioner makes an ex parte application for an order authorizing service of each of the subpoenas in Tulare County, California, by the United States Marshal.

The petitioner previously showed an inability to pay witness fees when counsel was appointed pursuant to the Criminal Justice Act. Please authorize service of the subpoena duces tecum as requested by signing this memorandum and returning it to our office.

## ORDER

Authorization for service of the subpoena and subpoena duces tecum by the United States Marshal.

IT IS SO ORDERED.

Dated:  **August 29, 2022**

_____
UNITED STATES MAGISTRATE JUDGE