UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN.<br><br>　　　　　Respondent. | Case No. 1:15-cv-01288-KES-CDB<br><br>ORDER GRANTING JOINT REQUEST TO RESCHEDULE EVIDENTIARY HEARING<br><br>(Doc. 101) |

　　　　On November 9, 2023, the Court scheduled an evidentiary hearing in this matter for May 24, 2024, at 10:30 AM in Bakersfield before Magistrate Judge Christopher D. Baker.  (Doc. 98). Pending before the Court is the parties' joint request to reschedule that evidentiary hearing. (Doc. 101).  In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

　　　　1. The parties' joint request to reschedule the evidentiary hearing (Doc. 101) is GRANTED;

　　　　2. The May 24, 2024, evidentiary hearing is reset to October 4, 2024 at 10:30 AM in Bakersfield before Magistrate Judge Christopher D. Baker; and

　　　　3. The Court understands the parties anticipate there will be five (5) witnesses and the evidentiary hearing will take approximately three (3) hours. At least 45 days

| | |
|---|---|
| 1 | prior to the hearing, counsel shall notify the Court (1) whether any witnesses will |
| 2 | require the assistance of a linguist, (2) whether attendance of any of the witnesses |
| 3 | will require the Court to issue s writ, and (3) whether the parties' estimation of |
| 4 | number of witnesses and time has materially changed. |

IT IS SO ORDERED.

Dated: __April 12, 2024__               _____
                                         UNITED STATES MAGISTRATE JUDGE