**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO VELASQUEZ, | Case No. 1:15-cv-01288-KES-CDB (HC) |
| Plaintiff, | |
| v. | |
| STU SHERMAN, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendant. | |

Angel Astorga, BOP Registration #39633-509, a necessary participant for an evidentiary hearing in this case on October 4, 2024, is confined in Residential Reentry Management Sacramento (RRM Sacramento), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies to produce the inmate before Magistrate Judge Christopher D. Baker, at the United States Courthouse, located at 510 19th Street in Bakersfield California, 93301, on Friday, October 4, 2024, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the United States of America to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on at RRM Sacramento at (916) 930-2008 or via email.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: United States of America, RRM Sacramento, 501 I Street, Suite 9-400, Sacramento, CA 95814:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court and thereafter to return the inmate to the above institution. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

/ / /

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 23, 2024**

UNITED STATES MAGISTRATE JUDGE