# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　Defendant. | Case No.: 1:15-cv-001288-KES-CDB (HC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RICARDO VELASQUEZ, CDCR #AI6230 |

The evidentiary hearing in this matter concluded on October 4, 2024. Inmate Ricardo Velasquez, CDCR #AI6230, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __October 4, 2024__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE