UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>  Petitioner,<br><br>   v.<br><br>STU SHERMAN.<br><br>  Respondent. | Case No. 1:15-cv-01288-KES-CDB<br><br>FURTHER ORDER REQUIRING ALEJANDRO SERRANO TO SHOW CAUSE FOR HIS FAILURE TO APPEAR FOR EVIDENTIARY HEARING AND ORDERING ALEJANDRO SERRANO TO APPEAR ON DECEMBER 19, 2024, TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO COMPLY WITH SUBPOENA TO APPEAR<br><br>(Doc. 109) |

**Background**

On April 12, 2024, the Court scheduled an evidentiary hearing in this matter for October 4, 2024, at 10:30 AM in Bakersfield before Magistrate Judge Christopher D. Baker. (Doc. 102). In advance of the evidentiary hearing, on August 23, 2024, Petitioner Ricardo Velasquez served a subpoena upon Alejandro Serrano commanding him to appear and give testimony.

The Court convened for evidentiary hearing on October 4, 2024, at 10:30 AM, and Mr. Serrano failed to appear. Following the hearing, counsel for Petitioner requested that the Court issue an arrest warrant for Mr. Serrano in light of his failure to appear. *Id.* The Court took the matter under submission and directed counsel for Petitioner to undertake further reasonable

efforts to coordinate the appearance of Mr. Serrano. *Id.* On October 25, 2024, Petitioner filed a report detailing his unsuccessful efforts following the evidentiary hearing to communicate with Mr. Serrano. (Doc. 112). Thereafter, at the Court's request, the parties filed a joint report identifying their dates of availability to reconvene for continued evidentiary hearing.

On November 4, 2024, the Court issued an order commanding Mr. Serrano to appear in Court on December 19, 2024, to show cause why he should not be held in contempt for his failure to comply with the subpoena and appear for evidentiary hearing. (Doc. 119). Consistent with the Court's order, Petitioner effected service on Mr. Serrano of the order to show cause. On November 13, 2024, Mr. Serrano filed a response to the show cause order setting forth purported medical reasons why he did not appear in Court as commanded by the subpoena on October 4, 2024. (Doc. 120). In his response, Mr. Serrano requested permission to appear for the December 19 hearing via Zoom. *Id.* Without objection by the parties (*see* Doc. 122), Mr. Serrano will be permitted to appear at the next hearing in this matter via Zoom on December 19, 2024, at 11:00am, consistent with the directions below.

As set forth in the Court's order of November 4, 2024, because Mr. Serrano violated a specific and definite order of this Court by failing to appear for the October 4 evidentiary hearing in response to the subpoena, he remains subject to being found in contempt and become subject of an arrest warrant in the event he fails to timely appear for the upcoming December 19 hearing.

**Conclusion and Order**

Should Mr. Serrano fail to appear via Zoom for the hearing on the Court's earlier order to show cause, an arrest warrant will issue to be executed immediately by the United States Marshal. Upon arrest, Mr. Serrano will be brought before the Court so that the evidentiary hearing can proceed. Failure to appear via Zoom will also result in imposition of a monetary sanction for attorney fees incurred by Petitioner associated with delay attendant to arrest, as well as all reasonable attorney fees incurred by him in obtaining any finding of contempt.

Accordingly, for the foregoing reasons, it is HEREBY ORDERED:

1. Mr. Serrano's request to appear at the upcoming hearing on December 19, 2024, at 11:00am via Zoom (Doc. 120) is GRANTED;

2. Mr. Serrano is ORDERED to appear before the undersigned on **December 19, 2024, at 11:00 a.m., United States District Court, 510 19th Street, Bakersfield, California, 93301**, <u>or in the alternative</u>, via Zoom teleconference, to SHOW CAUSE why he should not be held in contempt for his failure to comply with the subpoena and appear for evidentiary hearing;

3. Mr. Serrano shall contact the Courtroom Deputy no later than December 12, 2024, via email (cboren@caed.uscourts.gov) to obtain the Zoom ID and password for the hearing; and

4. Petitioner is directed to effect service of this order on Mr. Serrano on or before **December 6, 2024**, and to file proof of service of this order on or before **December 13, 2024**.

IT IS SO ORDERED.

Dated:   **November 26, 2024**

UNITED STATES MAGISTRATE JUDGE

3