UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN.<br><br>        Respondent. | Case No. 1:15-cv-01288-KES-CDB<br><br>ORDER DIRECTING U.S. MARSHALS SERVICE TO SERVE NON-PARTY WITNESS<br><br>(Doc. 118) |

On April 12, 2024, the Court scheduled an evidentiary hearing in this matter for October 4, 2024, at 10:30 AM in Bakersfield before Magistrate Judge Christopher D. Baker. (Doc. 102). In advance of the evidentiary hearing, on August 23, 2024, Petitioner Ricardo Velasquez served a subpoena upon Juan Barajas commanding him to appear and give testimony. When Mr. Barajas failed to appear for the evidentiary hearing, on November 4, 2024, the Court issued an order commanding Mr. Barajas to appear in Court on December 19, 2024, to show cause why he should not be held in contempt for his failure to comply with the subpoena and appear for evidentiary hearing. (Doc. 118). Consistent with the Court's order, counsel for Petitioner attempted to serve Mr. Barajas but was unsuccessful.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is directed to forward the following documents to the U.S.

Marshals Service:

   a) One copy of the order to show cause issued on November 4, 2024 (Doc. 118);

   b) One completed USM−285 form for Juan Barajas; and

   c) One copy of this order plus one copy for the United States Marshal.

2. Within ten (10) days from the date of this order, the United States Marshal is DIRECTED to notify the following nonparty witness of the December 19, 2024, hearing on order to show cause and for evidentiary proceedings in accordance with the provisions of Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c):

   a. **Juan Barajas**, last known address 708 20th Avenue, Delano, CA.

3. The United States Marshals Service is DIRECTED to retain the order to show cause issued on November 4, 2024 (Doc. 118) in its files for future use;

4. The United States Marshals Service shall:

   a. Personally serve the order to show cause issued on November 4, 2024 (Doc. 118) and a copy of this Order on the Mr. Barajas pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c); and

   b. Within seven (7) days after personal service is effected, file the return of service for Mr. Barajas, along with evidence of the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred for photocopying additional copies of the documents to be served and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served witness in accordance with the provisions of Federal Rule of Civil Procedure 4(d).

IT IS SO ORDERED.

Dated:  **December 2, 2024**                      _____
                                                  UNITED STATES MAGISTRATE JUDGE