# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ, | Case No. 1:15-cv-01288-KES-CDB (HC) |
| Plaintiff, | |
| v. | |
| STU SHERMAN, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Ricardo Velasquez, CDCR #AI6230, the petitioner in this case and a necessary participant for an evidentiary hearing on April 30, 2025, is confined in Correctional Training Facility (CTF), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by **Zoom video conference** from his place of confinement, on **April 30, 2025**, **at 11:00 a.m**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in an evidentiary hearing at the time and place above, until completion of the hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Correctional Training Facility at (831) 678-5866 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CTF, Highway 101 North, Soledad, California 93960-0686:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, by Zoom video conference, until completion of the hearing or as ordered by the court.

/ / /

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**April 23, 2025**__  _____
UNITED STATES MAGISTRATE JUDGE