UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>STU SHERMAN,<br><br>        Respondent. | Case No. 1:15-cv-01288-KES-CDB<br><br>ORDER ON STIPULATION AMENDING BRIEFING SCHEDULE ON PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Docs. 149, 152) |

      Pending before the Court is the parties' joint stipulation to amend the briefing schedule on the petition for writ of habeas corpus adopted by the Court on May 19, 2025 (Doc. 149), filed September 3, 2025. (Doc. 152). The parties represent that counsel for Petitioner is a sole practitioner whose practice has been impacted by funding issues with the Criminal Justice Act and, to meet financial obligations, counsel for Petitioner has continued to represent court-appointed clients, including an unrelated trial scheduled to begin September 9, 2025. *Id.* at 1. Therefore, the parties seek to continue the briefing schedule dates as proposed in the stipulation.

      For good cause shown, the briefing schedule on the petition for writ of habeas corpus adopted by the Court (Doc. 149) will be amended to reflect the dates as proposed in the parties' stipulation.

///

///

**Conclusion and Order**

Accordingly, and for good cause shown, IT IS HEREBY ORDERED:

1. Petitioner shall file an opening brief by **November 21, 2025**;

2. Respondent shall file a responding brief by **January 23, 2026**; and

3. Petitioner shall file an optional reply brief by **February 26, 2026**.

IT IS SO ORDERED.

Dated:   **September 4, 2025**

UNITED STATES MAGISTRATE JUDGE

2